DRAEGER SHIPPING CO., INC. *v.* UNITED STATES

**No. 6649.**—Invoices dated Burslem, England, March 11, 1942, etc.
  Certified March 19, 1942, etc.
  Entered at New York, N. Y., April 28, 1942, etc.
  Entry No. 749025, etc.

(Decided December 19, 1946)

*John D. Rode* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KEEFE, Judge:  These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:
  (Stipulation omitted.)
  On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
  Judgment will be rendered accordingly.

J. G. HOMEIJER *v.* UNITED STATES

**No. 6650.**—Invoice dated Stoke on Trent, England, March 31, 1942.
  Certified April 11, 1942.
  Entered at New York, N. Y., May 22, 1942.
  Entry No. 751856.

(Decided December 19, 1946)

*Brooks & Brooks* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

KEEFE, Judge:  This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
  (Stipulation omitted.)
  On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importer on entry because of advances by the appraiser in similar cases.
  Judgment will be rendered accordingly.